

Apr 11, 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**11-60080-CR-LENARD/O'SULLIVAN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

26 U.S.C. 7207

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DANIELLA HOWARD,

      Defendant.

_____/

## INFORMATION

The United States Attorney charges:

That on or about April 18, 2007, in the Southern District of Florida, the defendant,

DANIELLA HOWARD,

a resident of Pompano Beach, Broward County, Florida did willfully deliver and disclose by mailing and causing to be mailed, to an Officer of the Internal Revenue Service, United States Treasury Department, a 1040 tax return for taxable year 2006 that was fraudulent and false as to a

material matter in that she reported that her Total Income was $70,875, whereas, as she then and there knew she had gross income of at least $82,875.

    In violation of Title 26, United States Code, Section 7207.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY


_____
STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

DANIELLA HOWARD,

              **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)     Yes ____   No ____
Number of New Defendants   ____
Total number of counts   ____

**Court Division**: (Select One)

____ Miami    ____ Key West
_X_ FTL    ____ WPB    ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect _____

4. This case will take __0-1__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)          (Check only one)

   | I   | 0 to 5 days     | _X_ | Petty    | ___ |
   | II  | 6 to 10 days    | ___ | Minor    | ___ |
   | III | 11 to 20 days   | ___ | Misdem.  | _X_ |
   | IV  | 21 to 60 days   | ___ | Felony   | ___ |
   | V   | 61 days and over| ___ |          |     |

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No.   n/a
   Related Miscellaneous numbers:   n/a
   Defendant(s) in federal custody as of   n/a
   Defendant(s) in state custody as of   n/a
   Rule 20 from the   n/a   District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes _X_ No

_____
STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY
Admin No. A5500011

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant Name: DANIELLA HOWARD          Case No.: _____

Count # 1
FALSE INFORMATION REPORTED TO THE INTERNAL REVENUE SERVICE

26 USC § 7207

Max. Penalty: 0 - 1 year imprisonment; $0 - $10,000.00 fine, 0 - 1 yr. supervised release
=============================================================================

Count # _____

Count # _____

Max. Penalty: _____
=============================================================================

Count # _____

Max. Penalty: _____
=============================================================================

Count # _____

Max. Penalty: _____
=============================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.