# United States District Court
## Southern District of Florida
### MIAMI DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: 11-60080-CR-LENARD |
| DANIELLA HOWARD | USM Number: (Surrender) |

Counsel For Defendant: BRUCE UDOLF, ESQ.
Counsel For The United States: STEPHEN CARLTON, ESQ.
Court Reporter: GILDA PASTOR-HERNANDEZ

The defendant plead guilty and is adjudicated guilty of the following offense:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 26 USC Section 7207 | False information reported to the Internal Revenue Service | April 18, 2007 | 1 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

Date of Imposition of Sentence:
APRIL 15, 2011

_____
JOHN J. O'SULLIVAN
United States Magistrate Judge
APRIL 18, 2011

DEFENDANT: DANIELLA HOWARD
CASE NUMBER: 11-60080-CR-LENARD

## IMPRISONMENT

Not applicable. See Probation section of this Judgment.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

DEFENDANT: DANIELLA HOWARD
CASE NUMBER: 11-60080-CR-LENARD

# PROBATION

The defendant shall be on probation for a term of **1 year**.

The defendant shall not commit another federal, state or local crime.

**The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;
2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. The defendant shall support his or her dependents and meet other family responsibilities;
5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. The defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;
7. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11. The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: DANIELLA HOWARD
CASE NUMBER: 11-60080-CR-LENARD

## SPECIAL CONDITIONS OF PROBATION

The defendant shall also comply with the following additional conditions of probation;

During the 1-year term of probation, the defendant is to pay $3,237.00 to the Internal Revenue Service, as the tax owed on her 2006 return, unless determined to be less by the Internal Revenue Service. In addition, the defendant is to cooperate with the Internal Revenue Service in determining any civil assessments and/or penalties.

The defendant is to provide to the U.S. Probation Office her employment during the 1-year term of probation.

The defendant is to submit to any kind of questioning regarding drugs or mental health issues.

DEFENDANT: DANIELLA HOWARD
CASE NUMBER: 11-60080-CR-LENARD

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $50.00 | -0- | $3,237.00 (unless determined to be less by the Internal Revenue Service) |

\*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: DANIELLA HOWARD
CASE NUMBER: 11-60080-CR-LENARD

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

    A. The assessment of $50.00 is due immediately. Restitution in the amount of $3,237.00, unless determined to be less by the Internal Revenue Service, is due within the 1-year term of probation.